730 A.2d 1290

GARY R. DORNFELD, PLAINTIFF, AND JACK F. ALTOMONTE, ET AL., PLAINTIFFS–APPELLANTS, v. BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, INC., ETC., DEFENDANTS–RESPONDENTS.

March 16, 1999.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.